# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CAROLYN ARNETT**                                                                                   **PLAINTIFF**

**v.**                                    **Case No. 3:21-cv-00088-KGB**

**LARRY NORRIS,** *et al.*                                                                           **DEFENDANTS**

## ORDER

Before the Court is defendants' motion for substitution of counsel (Dkt. No. 10). Defendants state that Ka Tina Hodge is no longer with the Arkansas Attorney General's Office (*Id.*, ¶ 1). According to defendants, this case has been reassigned to Senior Assistant Attorney Kate Donoven, who entered her appearance on March 15, 2022 and will continue to represent defendants (*Id.*, ¶ 2). Plaintiffs request that the Court remove Ka Tina Hodge as counsel of record and direct all future pleadings and correspondence to Kate Donoven (*Id.*, ¶ 3).

For good cause shown, the Court grants the motion (Dkt. No. 10). The Court removes Ka Tina Hodge as counsel of record and orders that all future pleadings and correspondence be addressed to Kate Donoven (*Id.*).

It is so ordered this the 6th day of July, 2022.

_____
Kristine G. Baker
United States District Judge