## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CAROLYN ARNETT**                                                     **PLAINTIFF**

**v.**                                       **Case No. 3:21-cv-00088-KGB**

**LARRY NORRIS,** *et al.*                                             **DEFENDANTS**

### ORDER

Before the Court is defendants' motion for substitution of counsel (Dkt. No. 18). Defendants state that Kate Donoven is no longer assigned to this case (*Id.*, ¶ 1). According to defendants, this case has been reassigned to Assistant Attorney General Amber Schubert, who entered her appearance on February 13, 2023, and will continue to represent defendants (Dkt. No. 17; 18, ¶ 2). Plaintiffs request that the Court remove Ms. Donoven as counsel of record and that Ms. Schubert be substituted as counsel for defendants (Dkt. No. 18, ¶ 3).

For good cause shown, the Court grants the motion (Dkt. No. 18). The Court removes Ms. Donoven as counsel of record and substitutes Ms. Schubert as counsel of record for defendants (*Id.*).

It is so ordered this 6th day of March, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge