**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CAROLYN ARNETT**                                                      **PLAINTIFF**

**v.**                              **Case No. 3:21-cv-00088-KGB**

**LARRY NORRIS,** *et al.*                                       **DEFENDANTS**

**<u>ORDER</u>**

Plaintiff Carolyn Arnett filed a complaint on May 4, 2021 (Dkt. No. 1).  On the same date, the Court issued summons (*Id*.).  Based on the Court's review of the docket in this case, Ms. Arnett has not returned an executed summons for any defendant.  Notwithstanding any notice to the Court regarding service, separate defendant Kenneth Dewitt filed an answer on June 25, 2021 (Dkt. No. 4).  On July 8, 2021, Arkansas Division of Correction ("ADC") defendants Larry Norris, Wendy Kelley, Linda Dykes, Christopher Budnik, and Nurzuhal Faust filed their answer (Dkt. No. 6). ADC defendant Ray Hobbs filed an answer on July 13, 2021 (Dkt. No. 8).  Taking into consideration the above listed answers, six defendants remain unserved according to the docket sheet:  Linda Dixon, John Maples, Maggie Capel, John Mark Wheeler, Don Yancey, and Stacey Smith.

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  The Court orders Ms. Arnett to show cause within 14 days of the entry of this Order as to why the Court should not dismiss this action without prejudice as against Linda Dixon, John Maples, Maggie Capel, John Mark Wheeler, Don Yancey, and Stacey Smith for failure to timely serve these defendants with a summons and complaint.

So ordered this 13th day of March, 2023.

_____
Kristine G. Baker
United States District Judge