IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CAROLYN ARNETT**                                                                                               **PLAINTIFF**
**ADC # 706556**

v.                                        Case No. 3:21-cv-00088-KGB

**LARRY NORRIS,** *et al.*                                                                                       **DEFENDANTS**

## ORDER

Before the Court is plaintiff Carolyn L. Arnett's motion to dismiss defendants Linda Dixon, John Maples, Maggie Capel, John Mark Wheeler, and Don Yancey with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 22). Ms. Arnett seeks to dismiss defendants Dixon, Maples, Capel, Wheeler, and Yancey on the basis that they are "not necessary parties" (Dkt. No. 23, ¶¶ 1–2). For good cause shown, the Court grants the motion and dismisses with prejudice defendants Dixon, Maples, Capel, Wheeler, and Yancey as parties to this lawsuit.

So ordered this 19th day of April, 2023.

*/s/ Kristine G. Baker*

Kristine G. Baker
United States District Judge