**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CAROLYN ARNETT**                                                                         **PLAINTIFF**
**ADC # 706556**

v.                          **Case No. 3:21-cv-00088-KGB**

**LARRY NORRIS,** *et al.*                                                       **DEFENDANTS**

## ORDER

Before the Court is defendants Larry Norris, Wendy Kelley, Linda Dykes, Christopher Budnik, Ray Hobbs, and Nurzuhal Faust's unopposed motion for extension of dispositive motions deadline and for revised final scheduling order (Dkt. No. 32). Defendants seek a 36-day extension of time for filing dispositive motions and a revised scheduling order allowing time for the parties to file a response and reply to the dispositive motions prior to trial (*Id.*).

For good cause shown, the Court grants the motion (*Id.*). The Court removes this case from the August 7, 2023, trial calendar, suspends the remaining pre-trial deadlines, and resets the deadline for making dispositive motions to July 14, 2023. The Court will reset the trial date and remaining pre-trial deadlines by separate Order.

So ordered this 25th day of May, 2023.

                                                                Kristine G. Baker
                                                                United States District Judge