# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CAROLYN ARNETT**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 706556**

v.　　　　　　　Case No. 3:21-cv-00088-KGB

**LARRY NORRIS,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court is plaintiff Carolyn Arnett's unopposed motion for an extension of time to file response to ADC defendants' motion for summary judgment (Dkt. No. 41). Ms. Arnett, citing her counsel's professional responsibilities and health concerns, requests until September 11, 2023, to file a response to defendants Larry Norris, Wendy Kelley, Linda Dykes, Christopher Budnik, Ray Hobbs, and Nurzuhal Faust's ("ADC defendants") motion for summary judgment. ADC defendants do not oppose this motion.[1] For good cause shown, the Court grants the motion. Ms. Arnett shall have until September 11, 2023, to file a response to ADC defendants' motion for summary judgment.

So ordered this 14th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_Kristine G. Baker_
　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Ms. Arnett has not conveyed whether separate defendant Kenneth DeWitt opposes this motion.