IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CAROLYN ARNETT**                                                                                      **PLAINTIFF**

**v.**                                    **Case No. 3:21-cv-00088-KGB**

**LARRY NORRIS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court is Senior Assistant Attorney General Amber Schubert's motion to withdraw as counsel for defendants Larry Norris, Wendy Kelley, Linda Dykes, Christopher Budnik, Roy Hobbs, and Nurzuhal Faust ("ADC Defendants") (Dkt. No. 43). Ms. Schubert represents that she is leaving her employment with the Office of the Attorney General and that she will no longer be involved in the case (*Id.*). Ms. Schubert represents that the ADC Defendants will continue to be represented by their remaining attorney of record in this case (*Id.*). For good cause shown, the Court grants the motion and relieves Ms. Schubert as counsel of record for the ADC Defendants in this case.

It is so ordered this 8th day of September, 2023.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge