IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CAROLYN ARNETT**                                                                                            **PLAINTIFF**

**v.**                          **Case No. 3:21-cv-00088-KGB**

**LARRY NORRIS,** *et al.*                                                                      **DEFENDANTS**

## ORDER

Before the Court is plaintiff Carolyn Arnett's unopposed second motion for an extension of time to file her response to defendants Larry Norris, Wendy Kelley, Linda Dykes, Christopher Budnik, Roy Hobbs, and Nurzuhal Faust's ("ADC Defendants") motion for summary judgment (Dkt. No. 45).  Ms. Arnett's response brief was originally due on August 11, 2023, but on August 14, 2023, this Court granted plaintiff's first motion to extend, and the due date was reset for September 11, 2023 (*Id.*, ¶ 2).  On August 24, 2023, Ms. Arnett's counsel suffered a sudden death in the family which frustrated his ability to complete Ms. Arnett's response brief (*Id.*, ¶ 3).  Ms. Arnett now requests a second extension from the Court of two days, making her summary judgment response due on Wednesday, September 13, 2023 (*Id.*, ¶ 5).  Counsel for Ms. Arnett states that he contacted counsel for the ADC Defendants and that they have consented to the proposed extension (*Id.*, ¶ 6).  For good cause shown, the Court grants Ms. Arnett's unopposed motion for an extension of time (*Id.*).  The time for Ms. Arnett to respond to the ADC Defendants' motion for summary judgment is extended to, and includes, September 13, 2023.

It is so ordered this 12th day of September 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge