IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CAROLYN ARNETT**                                                                                     **PLAINTIFF**

**v.**                          **Case No. 3:21-cv-00088-KGB**

**LARRY NORRIS,** *et al.*                                                                             **DEFENDANTS**

## ORDER

Before the Court is plaintiff Carolyn Arnett's third motion for an extension of time to file her response to defendants Larry Norris, Wendy Kelley, Linda Dykes, Christopher Budnik, Roy Hobbs, and Nurzuhal Faust's ("ADC Defendants") motion for summary judgment (Dkt. No. 47). Ms. Arnett's counsel requests an additional one-day extension through the end of the day on September 14, 2023, to complete the response (*Id.*, ¶ 5). Ms. Arnett's counsel did in fact file the response on September 14, 2023, and counsel for defense has already filed a reply (Dkt. Nos. 48-50).

The Court grants Ms. Arnett's motion for an extension of time (Dkt. No. 47). The time for Ms. Arnett to respond to the ADC Defendants' motion for summary judgment is extended to, and includes, September 14, 2023. The Court considers the response timely filed (Dkt. Nos. 48; 49).

So ordered this 28th day of September, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge