IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CAROLYN ARNETT**                                                                                    **PLAINTIFF**

**v.**                                   **Case No. 3:21-cv-00088-KGB**

**LARRY NORRIS,** *et al.*                                                                           **DEFENDANTS**

## ORDER

Before the Court is plaintiff Carolyn Arnett, defendants Larry Norris, Wendy Kelley, Linda Dykes, Christopher Budnik, Ray Hobbs, and Nurzuhal Faust ("ADC Defendants"), and separate defendant Kenneth DeWitt's joint motion to continue all pending deadlines (Dkt. No. 55). This case is set for a jury trial on the week of November 13, 2023, with the first pretrial deadline set on October 23, 2023 (*Id.*, ¶ 1). On July 28, 2023, the ADC Defendants filed their motion for summary judgment (*Id.*, ¶ 2). Plaintiff filed her response on September 14, 2023, and ADC Defendants filed their reply brief on September 21, 2023 (*Id.*). That motion is pending (*Id.*). The parties now jointly request an extension of all pending deadlines, including the existing pretrial deadlines and a continuation of the current trial date, so that they have time to review fully the Court's ultimate ruling on ADC Defendants' motion for summary judgment before beginning trial preparation (*Id.*, ¶ 3). For good cause shown, the Court grants the parties' joint motion for continuance (*Id.*). The Court removes this case from the trial calendar, will reset this case for trial, and will reset all necessary pretrial deadlines by separate Order.

It is so ordered this 25th day of October, 2023.

_____
Kristine G. Baker
United States District Judge