## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CAROLYN ARNETT**                                                                                      **PLAINTIFF**
**ADC # 706556**

**v.**                                              **Case No. 3:21-cv-00088-KGB**

**LARRY NORRIS,** *et al.*                                                                              **DEFENDANTS**

### ORDER

Before the Court is defendants Nurzuhal Faust, Christopher Budnik, and Linda Dykes ("ADC Defendants")[1] notice of appearance and motion for substitution of counsel (Dkt. No. 72). ADC Defendants represent that the defense of this case has been reassigned to Senior Assistant Attorney General Michelle Banks and that Deputy Christine A. Cryer and Deputy John Payne are no longer handling the case for ADC Defendants (*Id.*, ¶¶ 1, 2).

For good cause shown, the Court grants the motion and substitutes Banks as counsel of record for ADC Defendants in this case and removes Cryer and Payne. (*Id.*).

It is so ordered this 20th day of January, 2026.

Kristine G. Baker
Chief United States District Judge

---

[1]  The Court previously granted summary judgment as to all plaintiff Carolyn Arnett's claims against defendants Larry Norris, Ray Hobbs, and Wendy Kelley (Dkt. No. 64).  The Court of Appeals for the Eighth Circuit affirmed this Court's decision (Dkt. No. 70).  The Clerk of Court is directed to terminate those parties from this suit.