**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CAROLYN ARNETT**                                                                     **PLAINTIFF**

**V.**                                        **CASE NO. 3:21-cv-00088-KGB**

**LARRY NORRIS, ET AL.**                                                              **DEFENDANT**

## ORDER

Michael Laux is hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse for the settlement conference scheduled for Wednesday, April 1, 2026. Mr. Laux is also directed to be familiar with this Court's Amended General Order 54. Mr. Laux must present this Order to the Court Security Officer each time he enters the building.

(a)    The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)    Cell phones must be turned off and put away when in the courtroom.

(c)    Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)    Before persons with electronic devices are granted entry into the Courthouse, all devices must be examined by the United States Marshal Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e)    The United States Marshal Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 31st day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE