### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CAROLYN ARNETT**                                                                 **PLAINTIFF**
**ADC # 706556**

**v.**                                    **Case No. 3:21-cv-00088-KGB**

**NURZUHAL FAUST,** *et al.*                                                        **DEFENDANTS**

### ORDER

Before the Court is the status of this case.  On April 19, 2023, the Court dismissed with prejudice plaintiff Carolyn Arnett's claims against defendants Linda Dixon, John Maples, Maggie Capel, John Mark Wheeler, and Don Yancey (Dkt. No. 30).  On September 30, 2024, the Court dismissed with prejudice plaintiff Carolyn Arnett's claims against Stacey Smith (Dkt. No. 61).  At that same time, the Court granted summary judgment to defendants Larry Norris, Ray Hobbs, and Wendy Kelly on Arnett's failure to protect claim and failure to supervise claim; the Court also granted summary judgment to Linda Dykes on Arnett's failure to supervise claim (Dkt. No. 64).  On April 6, 2026, the Court adopted Arnett and defendants Nurzuhal Faust, Christopher Budnik, and Dykes's joint stipulation of dismissal, dismissing with prejudice all of Arnett's remaining claims against Faust, Budnik, and Dykes (Dkt. No. 85).  The only claims remaining are Arnett's claims against, and the only defendant remaining in this suit is, defendant Kenneth DeWitt (Dkt. No. 1).

On May 12, 2026, Arnett's counsel informed the Court through electronic mail—with DeWitt's counsel copied—that Arnett has settled her case with DeWitt.  Arnett's counsel represented that the parties intend to file the requisite papers with the Court soon.  Based on the parties' representation, the Court removes this case from the June 1, 2026, trial calendar.  The

2

Court further orders the parties, within 30 days of the date of this Order, to file a joint stipulation of dismissal or status report informing the Court of the status of this case.

It is so ordered this 20th day of May, 2026.

_Kristine G. Baker_

Kristine G. Baker
Chief United States District Judge

2