**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CAROLYN ARNETT** **PLAINTIFF**
**ADC # 706556**

**v.** **Case No. 3:21-cv-00088-KGB**

**NURZUHAL FAUST, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Carolyn Arnett and defendant Kenneth Dewitt's joint stipulation of dismissal of Kenneth Dewitt with prejudice (Dkt. No. 87). Arnett and Dewitt agree to the dismissal with prejudice of all claims against Dewitt in this case (*Id.*). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses with prejudice Arnett's claims against Dewitt.

It is so ordered this 17th day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge