**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CAROLYN ARNETT** **PLAINTIFF**
**ADC # 706556**

**v.** **Case No. 3:21-cv-00088-KGB**

**NURZUHAL FAUST, *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on April 19, 2023, it is hereby considered, ordered, and adjudged that plaintiff Carolyn Arnett's claims against defendants Linda Dixon, John Maples, Maggie Capel, John Mark Wheeler, and Don Yancey are dismissed with prejudice (Dkt. No. 30).

Pursuant to the Orders entered on September 30, 2024, it is hereby considered, ordered, and adjudged that Arnett's claims against defendants Stacey Smith, Larry Norris, Ray Hobbs, and Wendy Kelley are dismissed with prejudice (Dkt. Nos. 61; 64).

Pursuant to the Order entered on April 6, 2026, it is hereby considered, ordered, and adjudged that Arnett's claims against defendants Nurzuhal Faust, Christopher Budnik, and Linda Dykes are dismissed with prejudice (Dkt. No. 84).

Pursuant to the Order entered on this date by the Court, it is hereby considered, ordered, and adjudged that Arnett's claims against defendant Kenneth Dewitt are dismissed with prejudice. The relief requested is denied.

It is so adjudged this 17th day of August, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge